

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

**NOS. AP-75,893; AP-75,894; AP-75,895**

**EX PARTE MICHAEL RAY HARRISON, Applicant**

**ON APPLICATIONS FOR WRIT OF HABEAS CORPUS
CAUSE NOS. 95260-A, 96141-A, & 96552-A IN THE
CRIMINAL DISTRICT COURT FROM JEFFERSON COUNTY**

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a firearm by a felon, enhanced; burglary of a habitation, habitual; and possession of less than one gram of methamphetamine, habitual, and sentenced to ten years, twenty-five years, and twenty years imprisonment, respectively.

Applicant contends that his pleas were involuntary because the plea agreement cannot be followed. We remanded these applications to the trial court for findings of fact and conclusions of law. The trial court conducted a hearing and determined that Applicant pled guilty pursuant to an agreement that these sentences would run concurrently with a federal sentence. Federal statutes require the federal sentence to begin when the state sentences expire. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgments in Cause Nos. 95260, 96141, & 96552 in the Criminal District Court of Jefferson County are set aside, and Applicant is remanded to the custody of the Sheriff of Jefferson County to answer the charges against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: April 9, 2008
Do Not Publish